SEALED

FILED
MAY 04 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT AND ARREST WARRANT | CASE NO. 2:15-MJ-101 MCE<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and related affidavit in the above-entitled proceeding, and this order, shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court, or until the arrest of the defendant. The United States is authorized to disclose the affidavit, complaint, and arrest warrant to relevant United States, foreign, or intergovernmental authorities for the purpose of prosecuting the defendant, specifically to secure the defendant's arrest, extradition, or expulsion, or as necessary in the interest of national security. This order shall also be filed under seal.

Dated: 5.4.15

_____
MORRISON C. ENGLAND, JR.
CHIEF U.S. DISTRICT JUDGE

SEALING ORDER       1