PHILLIP A. TALBERT
Acting United States Attorney
JOHN K. VINCENT
JEAN M. HOBLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

TARYN M. MEEKS
Trial Attorney
U.S. Department of Justice
National Security Division
Counterterrorism Section
950 Penn. Ave., N.W.
Washington, D.C. 20530
(202) 523-4162

Attorneys for Plaintiff
United States of America

FILED

JUN 2 3 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-119 MCE |
| Plaintiff, | 18 U.S.C. § 1001 – False Statement Involving International Terrorism |
| v. | |
| BRIAN ARTHUR DEMPSEY, SR. | |
| Defendant. | |

# INDICTMENT

The Grand Jury charges:

BRIAN ARTHUR DEMPSEY, SR.,

defendant herein, as follows:

On or about August 22, 2013, during an interview with an agent of the Federal Bureau of Investigation at the Fiomunco International Airport in Rome, Italy, defendant BRIAN ARTHUR DEMPSEY, SR. did knowingly and willfully make and cause to be made materially false, fictitious, and

INDICTMENT                              1

fraudulent statements and representations in a matter involving international terrorism within the jurisdiction of the Executive Branch of the Government of the United States, which statements and representations were material to an investigation in the Eastern District of California then being conducted by the Federal Bureau of Investigation.

**False Statement One** - BRIAN ARTHUR DEMPSEY, SR. stated that he and Person A traveled from his home in the State and Eastern District of California to Syria in July 2013 for the purpose of "helping refugees."

> The statement and representation was false because, as defendant BRIAN ARTHUR DEMPSEY, SR. then and there knew, he and Person A traveled to Syria not for the purpose of helping refugees, but with the intent to fight in Syria.

**False Statement Two** - During the same interview, BRIAN ARTHUR DEMPSEY, SR. denied that he went to Syria with the intent to engage in any fighting in Syria.

> The statement and representation was false because, as defendant BRIAN ARTHUR DEMPSEY, SR. then and there knew, he and Person A traveled to Syria with the intent to fight in Syria.

**False Statement Three** - During the same interview, BRIAN ARTHUR DEMPSEY, SR. stated that before he left the United States, he asked a relative to call the Department of State to be sure it was legal for him to enter Syria.

> The statement and representation was false because, as defendant BRIAN ARTHUR DEMPSEY, SR. then and there knew, he actually asked the referenced relative not to contact the United States Government regarding his intended activities in Syria.

**False Statement Four** - During the same interview, BRIAN ARTHUR DEMPSEY, SR. stated that he had not encountered any members of a terrorist organization in Azaz, Syria, where he generally resided during his time in Syria.

> The statement and representation was false because, as defendant BRIAN ARTHUR DEMPSEY, SR. then and there knew, while in Azaz, he had encountered members of al-Nusra Front and the Islamic State of Iraq and the Levant ("ISIL"), both terrorist organizations.

**False Statement Five** - During the same interview, BRIAN ARTHUR DEMPSEY, SR. stated that there was no one in Azaz, Syria, who was involved in fighting the Assad regime while BRIAN ARTHUR DEMPSEY, SR. lived there.

The statement and representation was false because, as defendant BRIAN ARTHUR DEMPSEY, SR. then and there knew, while in Azaz he had encountered members of the Free Syrian Army, al-Nusra Front, and ISIL, and had himself been associated with Ahrar al-Sham, a group fighting in opposition to the Assad government.

All in violation of Title 18, United States Code, Sections 1001, 2331, and 3238.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

## BRIAN ARTHUR DEMPSEY, SR.

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1001 – False Statement Involving International Terrorism

*A true bill,*

_____/s/ Signature on file w/ AUSA_____
Foreman.

Filed in open court this ___23___ day
of ___June___, A.D. 20 16

_____
Clerk.

Bail, $ _____
**NO BAIL WARRANT**

GPO 863 525

# United States v. Brian A. Dempsey, Sr.
## Penalties for Title 18, United States Code section 1001

VIOLATION:          18 U.S.C. § 1001 – False Statement Involving International Terrorism

PENALTIES:         Maximum of 8 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)