1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOHN K. VINCENT
   JEAN M. HOBLER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  TARYN M. MEEKS
   Trial Attorney
7  U.S. Department of Justice
   National Security Division
8  Counterterrorism Section
   950 Penn. Ave., N.W.
9  Washington, D.C. 20530
   (202) 532-4162
10
   Attorneys for Plaintiff
11 United States of America

FILED
JUN 2 3 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-119 MCE |
| Plaintiff, | |
| v. | PETITION TO SEAL INDICTMENT |
| BRIAN A. DEMPSEY, SR., | |
| Defendant. | |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Taryn M. Meeks, Trial Attorney, U.S. Department of Justice, to petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, one proposed indictment charging the above-named defendant with a violation of Title 18, United States Code, Sections 1001.

Petition to Seal Indictment and
[Proposed] Order

1

2. The indictment has been returned by the Grand Jury to this Honorable Court.

3. The investigating agent believes that the above-named defendant may continue to be involved in and in contact with another individual engaging in significant crimes under investigation, related to the activities of the defendant and that, if the charges are made public before an arrest is affected, either or both individuals may attempt to evade arrest, destroy evidence, or jeopardize the safety of the community.

THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, the arrest warrant, and the Order to Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendant's arrest or until further order of this Court, provided, however, that the petitioner requests authorization to disclose the indictment to relevant United States, foreign, or intergovernmental authorities for the purpose of prosecuting the defendant, to secure the defendant's arrest, extradition, or expulsion, or for purposes of national security as otherwise deemed necessary by the Department of Justice.

DATED: June 23, 2016

Respectfully Submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Taryn M. Meeks
TARYN M. MEEKS
Trial Attorney, U.S. Dep't of Justice