PHILLIP A. TALBERT
Acting United States Attorney
JOHN K. VINCENT
JEAN M. HOBLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

TARYN M. MEEKS
Trial Attorney
U.S. Department of Justice
National Security Division
Counterterrorism Section
950 Penn. Ave., N.W.
Washington, D.C. 20530
(202) 532-4162

Attorneys for Plaintiff
United States of America

FILED
JUN 2 3 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-119 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
| BRIAN A. DEMPSEY, SR., | ) (UNDER SEAL) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Trial Attorney Taryn M. Meeks to Seal Indictment, the arrest warrant, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

///

///

///

1  The United States, however, is authorized to disclose the indictment and the arrest warrant to
2  relevant United States, foreign, or intergovernmental authorities for the purpose of prosecuting the
3  defendant, to secure the defendant's arrest, extradition, or expulsion, or for purposes of national security
4  as otherwise deemed necessary by the Department of Justice.

Dated: 6-23-2016

_____
EDMUND F. BRENNAN
United States Magistrate Judge