

PHILLIP A. TALBERT
Acting United States Attorney
JOHN K. VINCENT
JEAN M. HOBLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

TARYN M. MEEKS
Trial Attorney
U.S. Department of Justice
National Security Division
Counterterrorism Section
950 Penn. Ave., N.W.
Washington, D.C. 20530
(202) 532-4162

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-119 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
| BRIAN A. DEMPSEY, SR., | ) (UNDER SEAL) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Trial Attorney Taryn M. Meeks to Seal Indictment, the arrest warrant, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

///

///

///

Petition to Seal Indictment and
[Proposed] Order

3

The United States, however, is authorized to disclose the indictment and the arrest warrant to relevant United States, foreign, or intergovernmental authorities for the purpose of prosecuting the defendant, to secure the defendant's arrest, extradition, or expulsion, or for purposes of national security as otherwise deemed necessary by the Department of Justice.

Dated: 6-23-2016

EDMUND F. BRENNAN
United States Magistrate Judge