PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JAN 23 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-119 MCE |
|---|---|
| Plaintiff, | |
| v. | PETITION TO UNSEAL INDICTMENT |
| BRIAN DEMPSEY, | |
| Defendant. | |

To the HONORABLE CAROLYN K. DELANEY:

    COMES NOW HEIKO P. COPPOLA, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

    1.    Brian Dempsey ("defendant") was arrested by law enforcement authorities in the United Kingdom of Great Britain ("United Kingdom") pursuant to the charges in this indictment on or about January 18, 2017. Defendant now faces extradition proceedings in the United Kingdom and is represented by British counsel in those proceedings.

    2.    Defendant is represented in the United States by Attorney Mark Reichel.

    3.    Defendant's United States counsel will need to discuss this case with defendant's British counsel and therefore requires a copy of the indictment.

//

PETITION TO UNSEAL INDICTMENT     1

THEREFORE, your petitioner prays that the aforesaid indictment be unsealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Dated: January 23, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney