1  PHILLIP A. TALBERT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

**FILED**

JAN 23 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-119 MCE |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO UNSEAL |
| v. | |
| BRIAN DEMPSEY, | |
| Defendant. | |

Based upon the petition of Assistant U.S. Attorney Heiko P. Coppola, the Court hereby orders that the Indictment in the above-referenced case, shall be unsealed.

Dated: 1/23/2017

_____
THE HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL INDICTMENT