PHILLIP A. TALBERT
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-119 |
|---|---|
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| BRIAN A. DEMPSEY, | |
| Defendant. | |

Please remove United States Attorney Jean M. Hobler as attorney of record for the plaintiff. Assistant U.S. Attorney Heiko P. Coppola will be counsel of record for the plaintiff. Assistant U.S. Attorney John Vincent will remain as co-counsel for the plaintiff.

Dated: January 23, 2017

*/s/ JEAN M. HOBLER*
JEAN M. HOBLER
Assistant U.S. Attorney

DESIGNATION OF COUNSEL