# REICHEL & PLESSER

## Attorneys At Law

455 Capitol Mall, 8th Floor, Suite 802 Sacramento, CA 95814
Phone: 916.498.9258    Fax: 888.567.2949

www.reichellaw.com

Mark Reichel, Esq.                                                                                                Steve Plesser, Esq.
mark@reichellaw.com                                                                                           steve@reichellaw.com


January 23, 2017


Heiko Coppola, Esq
Assistant United States Attorney
United States Attorney's Office
501 I Street, 10th Floor
Sacramento, CA 95814

    Re: *United States v. Brian Dempsey*
        CR-S- 16-119 MCE

    Please be advised that I represent Mr. Dempsey for all purposes, including the afore mentioned matter. As your office is aware, I have been continuously representing Mr. Dempsey without any break in that relationship since August 22, 2013. Mr. Dempsey does not waive any of his rights under either the Fourth Amendment, Fifth or Sixth Amendments to the United States Constitution and refuses to provide any statements or permit any searches with any one from any branch of law enforcement in connection with any such actions involving questioning, investigation or searches.

    If you should have any questions, please do not hesitate to contact me at any time. Thank you in advance for your assistance.


                                            *Mark J. Reichel*
                                            MARK J. REICHEL
                                            Attorney At Law