AO 442 (Rev. 11/11) Arrest Warrant

9799396

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Brian Arthur Dempsey, Sr. | ) Case No. 2:16-cr-00119-MCE |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

**FILED**
NOV 1 2 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Brian Arthur Dempsey, Sr.                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 USC 1001 False Statements Involving International Terrorism

Date:   06/23/2016

*Issuing officer's signature*

City and state:   Sacramento, CA          J. Donati, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/24/2016 and the person was arrested on *(date)* 6/12/2020
at *(city and state)*                                            .

Date: 11/12/2020

*Arresting officer's signature*

P. Mylroay    SDUSM
*Printed name and title*