IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

BRIAN ARTHUR DEMPSEY, SR.,

          Defendant.

CASE NO. 2:16-CR-00119-MCE

### ORDER DESIGNATING A CLASSIFIED INFORMATION SECURITY OFFICER

This matter is before the Court on the government's Motion to Designate a Classified Information Security Officer ("CISO") pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States. (Dkt. 30). This Court hereby designates Winfield S. "Scooter" Slade as the Classified Information Security Officer in this case, to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice. This Court further designates the following persons as Alternate CISO, to serve in the event Mr. Slade is unavailable: Daniel O. Hartenstine, Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, or Harry J. Rucker.

    **SO ORDERED**.

**Dated**: March 9, 2021

_[signature]_
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE