Daniel B. Olmos (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Brian Dempsey, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ARTHUR DEMPSEY, SR.,<br><br>Defendant. | Case No. 2:16-cr-00119 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his undersigned counsel, that the status hearing in this matter be continued from March 18, 2021, to June 17, 2021, to permit the Government to produce additional extensive discovery which it has indicated is forthcoming. Further, last week this Court signed an order designating a Classified Information Security Officer, which will facilitate the discovery process.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must

commence, that the time period between March 18, 2021, to and including the June 17, 2021, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defense. The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to June 17, 2021, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: March 15, 2021      NOLAN BARTON & OLMOS, LLP

                           */s/* Daniel B. Olmos
                           Daniel B. Olmos
                           Attorney for Defendant Brian Arthur Dempsey, Sr.

Dated: March 15, 2021      PHILLIP A. TALBERT
                           Acting United States Attorney

                    By:    */s/* Heiko Coppola
                           Heiko Coppola
                           Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Brian Dempsey, Sr. be continued to **June 17, 2021, at 10:00 a.m**. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between March 18, 2021, to and including the June 17, 2021, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4, and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED**.

Dated: March 16, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE