Daniel B. Olmos (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Brian Dempsey, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00119 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| v. | |
| BRIAN ARTHUR DEMPSEY, SR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his undersigned counsel, that the status hearing in this matter be continued from June 17, 2021, to September 23, 2021, to permit defense counsel adequate time to review extensive discovery produced by the government on June 11, 2021.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between June 17, 2021, to and including the September 23, 2021, status

hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defense. The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to September 23, 2021, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: June 14, 2021				NOLAN BARTON & OLMOS, LLP


						 */s/* Daniel B. Olmos
						Daniel B. Olmos
						Attorney for Defendant Brian Arthur Dempsey, Sr.


Dated: June 14, 2021				PHILLIP A. TALBERT
						Acting United States Attorney

					By:	 */s/* Heiko Coppola
						Heiko Coppola
						Assistant United States Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby |
| 3 | ordered that the status hearing for Defendant Brian Dempsey, Sr. be continued to September 23, 2021, at |
| 4 | 10:00 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 |
| 5 | U.S.C. § 3161, et seq., the time period between June 17, 2021, to and including the September 23, 2021, |
| 6 | status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4, and that |
| 7 | the ends of justice served by granting this time exclusion outweigh the best interest of the public and the |
| 8 | defendant in a speedy trial. |
| 9 | IT IS SO ORDERED. |
| 10 | Dated: June 21, 2021 |

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE