Daniel Olmos (SBN: 235319)



600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
BRIAN ARTHUR DEMPSEY, SR.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>     vs.<br><br>BRIAN ARTHUR DEMPSEY, SR.,<br><br>             Defendant. | Case No.: 2:16-cr-00119-MCE<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(B)**<br><br>Hearing Date: September 2, 2021<br>Time: 10:00 a.m.<br>Courtroom: 7 |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Arthur Dempsey, Sr., through his attorney Daniel B. Olmos, that the briefing schedule for the motion to dismiss filed by Defendant be set forth as follows:

1. The Government's Opposition Brief shall be filed by August 20, 2021;

2. Defendant's Reply Brief shall be filed by August 27, 2021.

//

//

//

//

IT IS SO STIPULATED.

Dated: July 22, 2021                                                  NOLAN BARTON & OLMOS, LLP


                                                                                  /s/ *Daniel B. Olmos*
                                                                          Daniel B. Olmos
                                                                          Attorney for Defendant Brian Arthur Dempsey, Sr.


Dated: July 22, 2021                                                  PHILLIP A. TALBERT
                                                                          Acting United States Attorney


                                                            By:            /s/ *Heiko Coppola*
                                                                          Heiko Coppola
                                                                          Assistant United States Attorney


## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the briefing schedule with regard to Defendant's motion to dismiss be set forth as follows:

1.     The Government's Opposition Brief shall be filed by August 20, 2021;

2.     Defendant's Reply Brief shall be filed by August 27, 2021.

IT IS SO ORDERED.

Dated: July 26, 2021

                                                                          _____
                                                                          MORRISON C. ENGLAND, JR
                                                                          SENIOR UNITED STATES DISTRICT JUDGE