Daniel B. Olmos (SBN: 235319)



600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Brian Dempsey, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ARTHUR DEMPSEY, SR.,<br><br>Defendant. | Case No. 2:16-cr-00119 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his undersigned counsel, that the status hearing in this matter be continued from September 23, 2021, to September 30, 2021, and that the hearing on the defendant's motion to dismiss also be continued to September 30, 2021.

On July 19, 2021, the defense filed a motion to dismiss the indictment in this case. *See* Docket No. 37. The motion was noticed for hearing on September 2, 2021. *Ibid.* Thereafter, the Court vacated the September 2 hearing date and continued the hearing to September 9, 2021, a date on which defense

STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Dempsey*, 2:16-cr-00119 MCE          1

counsel is unavailable.  The parties conferred and, because counsel for the government is also unavailable on the date of the currently-scheduled September 23, 2021, status hearing, hereby stipulate and agree that both hearings – the motion to dismiss and the status – be continued to September 30, 2021, when the parties and Court are available.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between September 23, 2021, to and including the September 30, 2021, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defense and for continuity of counsel.  The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to September 30, 2021, at 10:00 a.m., and to hold the motion to dismiss hearing on that same date.

IT IS SO STIPULATED.

Dated:  August 23, 2021                NOLAN BARTON & OLMOS, LLP

                                       /s/ Daniel B. Olmos
                                       Daniel B. Olmos
                                       Attorney for Defendant Brian Arthur Dempsey, Sr.

Dated:  August 23, 2021                PHILLIP A. TALBERT
                                       Acting United States Attorney

                                By:    /s/ Heiko Coppola
                                       Heiko Coppola
                                       Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Brian Dempsey, Sr. be continued to September 30, 2021, at 10:00 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between September 23, 2021, to and including the September 30, 2021, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4, and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.  It is further ordered that, pursuant to stipulation by the parties, the hearing on the defense motion to dismiss is continued from September 9 to September 30, 2021.

IT IS SO ORDERED.

Dated: August 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE