Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Brian Dempsey

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN DEMPSEY,<br><br>　　　　　Defendant. | Case No.: CR 2:16-cr-00119 JAM<br><br>**STIPULATION AND ORDER TO SET STATUS HEARING** |

　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, through his undersigned counsel, that a status hearing in this matter be set on January 11, 2022, at 9:30 a.m.

　　　This matter was previously assigned to Senior District Judge Morrison C. England, Jr., and a status hearing was set for December 16, 2021. On November 9, 2021, Chief District Judge Kimberly J. Mueller signed an order reassigning the case to this Court. *See* Docket No. 54.

　　　The parties have conferred and agree to set a status conference in this Court on January 11, 2022, at 9:30 a.m. The government has produced voluminous discovery to the defense, and there is currently an interlocutory appeal of an order denying a defense motion to dismiss pending in the Ninth Circuit Court of Appeals.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between December 16, 2021, to and including the January 11, 2022, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense.

For the foregoing reasons, the parties stipulate to set a status conference for January 11, 2022, at 9:30 a.m.

IT IS SO STIPULATED:


Dated: November 15, 2021                NOLAN BARTON & OLMOS LLP


                                          /S/ Daniel B. Olmos
                                        ―――――――――――――――――――――
                                        Daniel B. Olmos
                                        Attorney for Defendant Brian Dempsey


Dated: November 15, 2021                PHILLIP A. TALBERT

                                        Acting United States Attorney

                                        By:    /S/ Heiko Coppola
                                        ―――――――――――――――――――――
                                        Heiko Coppola
                                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN DEMPSEY, <br><br> Defendant. | Case No.: CR 2:16-cr-00119 JAM <br><br> **ORDER TO SET STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that a status hearing for Defendant Brian Dempsey be set on January 11, 2022, at 9:30 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between December 16, 2021, to and including the January 11, 2022, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

DATED: November 15, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE