Daniel B. Olmos (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Brian Dempsey, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ARTHUR DEMPSEY, SR.,<br><br>Defendant. | Case No. 2:16-cr-00119 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

    IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his undersigned counsel, that the status hearing in this matter be continued from January 11, 2022, to February 15, 2022, to permit defense counsel adequate time to review discovery. In addition, there is an interlocutory appeal of the Court's denial of Mr. Dempsey's motion to dismiss which is currently pending in the Ninth Circuit Court of Appeals (Case No. 21-10290).

    The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between January 11, 2022, to and including the February 15, 2022, status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(C) and 3161(h)(7)(A) and B(iv), as

well as Local Code T4, due to the pending interlocutory appeal and to allow defense counsel reasonable time to prepare his client's defense. The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to February 15, 2022, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: January 4, 2022   NOLAN BARTON & OLMOS, LLP

  /s/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Brian Arthur Dempsey, Sr.

Dated: January 4, 2022   PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Heiko Coppola
Heiko Coppola
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Brian Dempsey, Sr. be continued to February 15, 2022, at 9:30 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between January 11, 2022, to and including the February 15, 2022, status hearing be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(C) and 3161(h)(7)(A) and B(iv), as well as Local Code T4, and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

Dated: January 4, 2022   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE