Daniel B. Olmos (SBN: 235319)

**NOLAN
BARTON
OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Brian Dempsey, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00119 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| v. | |
| BRIAN ARTHUR DEMPSEY, SR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his undersigned counsel, that the status hearing in this matter be continued from February 15, 2022, to April 5, 2022, to permit defense counsel adequate time to review discovery and prepare his defense.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between February 15, 2022, to and including the April 5, 2022, status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and B(iv),  as well as Local Code T4, to

allow defense counsel reasonable time to prepare his client's defense.  The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to April 5, 2022, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: February 10, 2022                         NOLAN BARTON & OLMOS, LLP


                                                              /s/ Daniel B. Olmos
                                                            Daniel B. Olmos
                                                            Attorney for Defendant Brian Arthur Dempsey, Sr.


Dated: February 10, 2022                         PHILLIP A. TALBERT
                                                            Acting United States Attorney

                                            By:      /s/ Heiko Coppola
                                                            Heiko Coppola
                                                            Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Brian Dempsey, Sr. be continued to April 5, 2022, at 9:30 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between February 15, 2022, to and including the April 5, 2022, status hearing be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(C) and 3161(h)(7)(A) and B(iv),  as well as Local Code T4, and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  February 10, 2022                         /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            UNITED STATES DISTRICT COURT JUDGE