Daniel B. Olmos (SBN: 235319)

**NOLAN**
**BARTON**
**OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Brian Dempsey, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ARTHUR DEMPSEY, SR.,<br><br>Defendant. | Case No. 2:16-cr-00119 JAM<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE STATUS HEARING** |

   IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his undersigned counsel, that the status hearing in this matter be continued from May 24, 2022, to June 14, 2022, to permit defense counsel adequate time to review discovery and conduct investigation.

   The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between May 24, 2022, to and including the June 14, 2022, status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and B(iv),  as well as Local Code T4, to allow defense counsel reasonable time to prepare his client's defense.  The parties stipulate and agree

1  that the ends of justice served by granting this time exclusion would outweigh the best interest of the

2  public and the defendant in a speedy trial.

3        For the foregoing reasons, the parties stipulate to continue the status conference to June 14, 2022,

4  at 9:30 a.m.

5  IT IS SO STIPULATED.

6

7   Dated: May 17, 2022                         NOLAN BARTON & OLMOS, LLP

8

9                                               */s/ Daniel B. Olmos*
                                                Daniel B. Olmos
10                                              Attorney for Defendant Brian Arthur Dempsey, Sr.

11

12  Dated: May 17, 2022                         PHILLIP A. TALBERT
                                                United States Attorney
13

                                       By:      */s/ Heiko Coppola*
14                                              Heiko Coppola
                                                Assistant United States Attorney
15

16                                       **ORDER**

17

18        GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby

19  ordered that the status hearing for Defendant Brian Dempsey, Sr. be continued to June 14, 2022, at 9:30

20  a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

21  3161, et seq., the time period between May 24, 2022, to and including the June 14, 2022, status hearing

22  be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and B(iv), as well as Local Code T4, and that the

23  ends of justice served by granting this time exclusion outweigh the best interest of the public and the

24  defendant in a speedy trial.

25   Dated:  May 17, 2022                        /s/ John A. Mendez

26                                              THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE
27

28

STIPULATION AND ORDER TO CONTINUE STATUS HEARING
*U.S. v. Dempsey*, 2:16-cr-00119 JAM                                2