Daniel B. Olmos (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Brian Dempsey, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ARTHUR DEMPSEY, SR.,<br><br>Defendant. | Case No. 2:16-cr-00119 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his undersigned counsel, that the status hearing in this matter be continued from June 14, 2022, to June 28, 2022, to permit defense counsel adequate time to review discovery and conduct investigation.

　　The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between June 14, 2022, to and including the June 28, 2022, status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and B(iv), as well as Local Code T4, to allow defense counsel reasonable time to prepare his client's defense. The parties stipulate and agree

that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to June 28, 2022, at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  June 7, 2022                                NOLAN BARTON & OLMOS, LLP


                                                     /s/ Daniel B. Olmos
                                                    Daniel B. Olmos
                                                    Attorney for Defendant Brian Arthur Dempsey, Sr.


Dated:  June 7, 2022                                PHILLIP A. TALBERT
                                                    United States Attorney

                                         By:         /s/ Heiko Coppola
                                                    Heiko Coppola
                                                    Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Brian Dempsey, Sr. be continued to June 28, 2022, at 9:30 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between June 14, 2022, to and including the June 28, 2022, status hearing be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and B(iv), as well as Local Code T4, and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  June 7, 2022                                /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE