IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ARTHUR DEMPSEY, SR.,<br><br>Defendant. | Case No. 2:16-cr-00119 JAM<br><br>**ORDER GRANTING MOTION FOR COMPETENCY HEARING UNDER 18 U.S.C. § 4241(a); ORDER FOR PSYCHIATRIC REPORT UNDER 18 U.S.C. § 4241(b)** |

    Pursuant to 18 U.S.C. § 4241(a) the Court hereby orders a hearing to determine the defendant's competency to stand trial because, based upon a sworn declaration by defense counsel, there is reasonable cause to believe that the defendant is mentally incompetent and cannot assist in the preparation of his defense.  Furthermore, pursuant to 18 U.S.C. § 4241(b), and based upon a motion by the defense, the court hereby orders that a psychiatric examination of the defendant be conducted, and that a psychiatric report be filed with the court prior to the hearing, pursuant to the provisions of §§ 4247(b) and (c).

    The Court has set a status hearing for August 30, 2022.  It is ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between June 28, 2022, to and including the August 30, 2022, status hearing shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) (delay resulting from examinations to determine mental competency) and Local Code A, and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE