Daniel B. Olmos (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Brian Dempsey, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN ARTHUR DEMPSEY, SR., <br><br> Defendant. | Case No. 2:16-cr-00119 JAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his undersigned counsel, that the status hearing in this matter be continued from August 30, 2022, to September 20, 2022, at 9:30 a.m., to allow additional time for the psychological evaluation that the Court ordered pursuant to 18 U.S.C. § 4241(b).

On June 28, 2022, defense counsel moved for a competency hearing pursuant to 18 U.S.C. § 4241(a) and, on July 7, 2022, the Court granted the motion and ordered a psychiatric evaluation of Mr. Dempsey. *See* Docket No. 74. On August 5, 2022, the Court issued an amended order allowing in the alternative for a psychological evaluation at the request of the Department of Justice. *See* Docket No. 75. On August 24, 2022, undersigned defense counsel was informed by the United States Marshals

Service that "Mr. Dempsey has been designated to San Diego MCC and is scheduled to move." Defense counsel requested but did not receive a time estimate regarding when Mr. Dempsey's evaluation would be completed.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between August 30, 2022, to and including the September 20, 2022, status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A) ("delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant"). The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to September 20, 2022, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: August 25, 2022                    NOLAN BARTON & OLMOS, LLP


                                           */s/ Daniel B. Olmos*
                                           Daniel B. Olmos
                                           Attorney for Defendant Brian Arthur Dempsey, Sr.


Dated: August 25, 2022                    PHILLIP A. TALBERT
                                           United States Attorney

                                    By:    */s/ Heiko Coppola*
                                           Heiko Coppola
                                           Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Brian Dempsey, Sr. be continued to September 20, 2022, at 9:30 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between August 30, 2022, to and including the September 20, 2022 status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A), and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

DATED:  August 25, 2022                                   /s/ John A. Mendez
                                                          THE HONORABLE JOHN A. MENDEZ
                                                          SENIOR UNITED STATES DISTRICT JUDGE