Daniel B. Olmos (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Brian Dempsey, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ARTHUR DEMPSEY, SR.,<br><br>Defendant. | Case No. 2:16-cr-00119 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his undersigned counsel, that the status hearing in this matter be continued from September 20, 2022, to October 18, 2022, to allow additional time for the psychological evaluation that the Court ordered pursuant to 18 U.S.C. § 4241(b).

On June 28, 2022, defense counsel moved for a competency hearing pursuant to 18 U.S.C. § 4241(a) and, on July 7, 2022, the Court granted the motion and ordered a psychiatric evaluation of Mr. Dempsey. *See* Docket No. 74. On August 5, 2022, the Court issued an amended order allowing in the alternative for a psychological evaluation at the request of the Department of Justice. *See* Docket No. 75. On August 24, 2022, undersigned defense counsel was informed by the United States Marshals Service

that "Mr. Dempsey has been designated to San Diego MCC and is scheduled to move." On September 12, 2022, defense counsel requested an update from the Marshals Service and received the following written reply: "Mr. Dempsey is still enroute to San Diego MCC, he will be arriving there soon. He won't be returning to district until after the study is completed."

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between September 20, 2022, to and including the October 18, 2022, status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A) ("delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant"). The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to October 18, 2022, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: September 14, 2022                NOLAN BARTON & OLMOS, LLP

                                         /s/ Daniel B. Olmos
                                         Daniel B. Olmos
                                         Attorney for Defendant Brian Arthur Dempsey, Sr.

Dated: September 14, 2022                PHILLIP A. TALBERT
                                         United States Attorney

                                    By:  /s/ Heiko Coppola
                                         Heiko Coppola
                                         Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Brian Dempsey, Sr. be continued to October 18, 2022, at 9:00 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between September 20, 2022, to and including the October 18, 2022 status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A), and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  September 15, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE