**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brian Dempsey, Sr.

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No. 16 - CR-119-JAM |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| Brian Dempsey, Sr. ) | |
| Defendant ) | DATE:   October 18, 2022<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

**IT IS HEREBY STIPULATED AND AGREED** between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his recently appointed undersigned counsel, that the status hearing in this matter be continued from October 18, 2022, to December 13, 2022, to allow

- 1 -

additional time for the psychological evaluation the Court ordered pursuant to 18 U.S.C. § 4241(b) to be completed and for new counsel to prepare.

On June 28, 2022, defense counsel Daniel Olmos moved for a competency hearing pursuant to 18 U.S.C. § 4241(a) and, on July 7, 2022, the Court granted the motion and ordered a psychological evaluation of Mr. Dempsey. See Docket No. 74.  On August 5, 2022, the Court issued an amended order allowing in the alternative for a psychological evaluation at the request of the Department of Justice. See Docket No. 75.

On August 24, 2022, I have been informed by prior counsel, Daniel Olmos, the United States Marshals Service told him that "Mr. Dempsey has been designated to San Diego MCC and is scheduled to move."  On September 12, 2022, Attorney Olmos requested an update from the Marshals Service and received the following written reply: "Mr. Dempsey is still enroute to San Diego MCC, he will be arriving there soon. He won't be returning to district until after the study is completed."

Subsequently, on October 11, 2022, I was formally substituted in to represent Mr. Dempsey.  I will need sufficient time to properly review all relevant material, meet with Mr. Dempsey when he arrives back in Sacramento, and then engage in discussions with him.  Mr. Olmos has informed me he has been informed that the psychological evaluation has begun.  It is not known when it will be completed.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between October 18, 2022, to and including the December 13, 2022, status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A) ("delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant," and under Local Code T-4). The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status hearing to December 13, 2022, at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED:     October 13, 2022				Phillip Talbert
							United States Attorney

						by	/s/ Heiko Coppola by Jan Karowsky
							with Mr. Coppola's permission

							Heiko Coppola
							Assistant U.S. Attorney
							by Jan David Karowsky

DATED:     October 13, 2022				JAN DAVID KAROWSKY
							Attorney at Law
							A Professional Corporation

						by	/s/ Jan Karowsky
							JAN DAVID KAROWSKY
							Attorney for Defendant
							Brian Dempsey, Sr.

**IT IS SO ORDERED.**


DATED:  October 13, 2022			/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						SENIOR UNITED STATES DISTRICT JUDGE