**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brian Dempsey, Sr.

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. 16 - CR-119-JAM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS HEARING** |
| Brian Dempsey, Sr., | ) |
| Defendant | ) **DATE:** December 13, 2022 |
| | ) **TIME:** 9:00 a.m. |
| | ) **JUDGE:** Hon. John A. Mendez |

**IT IS HEREBY STIPULATED AND AGREED** between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through his recently appointed undersigned counsel, that the status hearing in this matter be continued from December 13, 2022, to January 24, 2023, to allow new counsel to prepare to ultimately meet

with and confer with Mr. Dempsey who has not yet returned from the Court ordered terminated competency evaluation.

On October 11, 2022, I was formally substituted in to represent Mr. Dempsey. I will need sufficient time to properly review all relevant material, meet with Mr. Dempsey when he arrives back in Sacramento, and then engage in discussions with him.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between December 13, 2022, to and including the January 24, 2023, status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(A) ("delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant," and under Local Code T-4). The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status hearing to January 24, 2023, at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED:         December 5, 2022                    Phillip Talbert
                                                   United States Attorney

                                          by       /s/ Heiko Coppola by Jan Karowsky
                                                   with Mr. Coppola's permission

                                                   Heiko Coppola
                                                   Assistant U.S. Attorney
                                                   by Jan David Karowsky

DATED:       December 5, 2022              JAN DAVID KAROWSKY
                                           Attorney at Law
                                           A Professional Corporation

                                    by     /s/ Jan Karowsky
                                           JAN DAVID KAROWSKY
                                           Attorney for Defendant
                                           Brian Dempsey, Sr.

**IT IS SO ORDERED.**

Dated:  December 5, 2022            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE