1 **JAN DAVID KAROWSKY**
Attorney at Law
2 A Professional Corporation
California State Bar Number 53854
3 716 19th Street, Suite 100
Sacramento, CA 95811-1767
4 KarowskyLaw@sbcglobal.net
(916) 447-1134
5 (916) 448-0265 (Fax)

6 Attorney for Defendant
Brian Dempsey

7

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No. 2:16-Cr.-119-JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER FOR** |
| | ) **BRIEFING SCHEDULE ON** |
| Brian Dempsey, | ) **DEFENDANT'S MOTION TO SUPPRESS** |
| Defendant | ) |

### STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and defendant, Brian Dempsey, by and through his counsel of record, hereby stipulate as follows:

On January 18, 2023, Brian Dempsey filed a Motion Suppress his statements to law enforcement based on ineffective assistance of counsel.

By this stipulation, the parties agree to the following briefing schedule for the motion:

Defendant's Moving Papers have been filed on January 18, 2023

- 1 -

Government's Opposition Brief:  February 24, 2023

Defendant's Reply Brief (if any): March 17, 2023

IT IS SO STIPULATED:

DATED:      January 18, 2023           PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ Heiko Coppola
                                       By Jan Karowsky w/ Mr. Coppola's permission
                                       Assistant U.S. Attorney


DATED:      January 18, 2023           JAN DAVID KAROWSKY
                                       Attorney at Law
                                       A Professional Corporation

                                       /s/ Jan David Karowsky
                                       JAN DAVID KAROWSKY
                                       Attorney for Brian Dempsey


**O R D E R**

DATED:  January 19, 2023           /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE