**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brian Dempsey, Sr.

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. 16 - CR-119-JAM |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS HEARING** |
| | ) |
| Brian Dempsey, | ) |
| | ) |
| Defendant | ) **DATE:    January 24, 2023** |
| | ) **TIME:    9:00 a.m.** |
| | ) **JUDGE:  Hon. John A. Mendez** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Government,

through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr.,

through Jan Karowsky, his counsel, that the status hearing in this matter be continued from

January 24, 2023, to February 28, 2023, at 9:00 a.m.

- 1 -

1    On January 18, 2023, counsel for Mr. Dempsey filed a Motion to Suppress his statements

2 to law enforcement based on the ineffective assistance he had received prior to said interviews

3 by his retained attorney.  Counsel for the government and defendant have entered into and

4 stipulation for a briefing schedule for said motion.

5    There does not appear to be any reason for a court appearance on the date scheduled for a

6 status conference, January 24, 2023, with said motion pending.  It appears the next court

7 appearance should be for the purpose of a further status conference and control date as to the

8 motion to the suppress.  Because defendant's motion to suppress involves the alleged conduct of

9 defendant's first attorney, the United States will need to file a discovery motion with the

10 magistrate in order to obtain information from defendant's first attorney and potentially a

11 declaration from a former Assistant US Attorney.

12    The parties further agree and request that the Court order, for the purpose of computing

13 time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case

14 must commence, that the time period between January 24, 2023, to and including February 28,

15 2023, the motion and status hearing, be excluded pursuant to 18 U.S.C. §§ 3161(h)(i)(D) and

16 Local Code E, a pending pretrial motion with time excluded from the date of filing to the date of

17 the hearing on said motion and 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T-4, to give

18 counsel reasonable time to prepare. The parties stipulate and agree that the ends of justice served

19 by granting this time exclusion would outweigh the best interest of the public and the defendant

20 in a speedy trial.

21    For the foregoing reasons, the parties stipulate to continue the status hearing to February

22 28, 2023, at 9:00 a.m.

23 ///

24 ///

25 ///

- 2 -

1    **IT IS SO STIPULATED.**

2    DATED:          January 19, 2023              Phillip Talbert
                                                   United States Attorney
3

4                                           by      /s/ Heiko Coppola by Jan Karowsky
                                                   with Mr. Coppola's permission
5
                                                   Heiko Coppola
6                                                  Assistant U.S. Attorney
                                                   by Jan David Karowsky
7
     DATED:          January 19, 2023              JAN DAVID KAROWSKY
8                                                  Attorney at Law
                                                   A Professional Corporation
9

10                                          by      /s/ Jan Karowsky
                                                   JAN DAVID KAROWSKY
11                                                 Attorney for Defendant
                                                   Brian Dempsey, Sr.
12

13   **IT IS SO ORDERED.**

14

15   DATED:  January 19, 2023                /s/ John A. Mendez
                                            _____
16                                           THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25