**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brian Dempsey, Sr.

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. 16 - CR-119-JAM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDERS TO CONTINUE THE STATUS CONFERENCE HEARING AND TO SET A HEARING DATE ON THE MOTION TO SUPPRESS MR. DEMPSEY'S STATEMENTS TO LAW ENFORCEMENT** |
| Brian Dempsey, | ) |
| Defendant | ) |
| | ) **DATE:** February 28, 2023 |
| | **TIME:** 9:00 a.m. |
| | **JUDGE:** Hon. John A. Mendez |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr.,

through Jan Karowsky, his counsel, that the status hearing in this matter be continued from February 28, 2023 to March 21, 2023.

On January 18, 2023, counsel for Mr. Dempsey filed a Motion to Suppress his statements to law enforcement based on the ineffective assistance he had received prior to said interviews by his retained attorney. Counsel for the government and defendant have previously filed a stipulation for a briefing schedule for said motion with the government's brief due on February 24, 2023 and the defendant's reply due on March 17, 2023. (ECF 93).

The government will file its brief as stipulated. However, based on discussions between counsel, Mr. Dempsey will have his brief filed on or before March 10, 2023 rather than by March 17, 2023. The parties failed to set a hearing date in the previous stipulation. We now request a hearing on the Motion to Suppress Mr. Dempsey's statements, (ECF 92) on March 21, 2023 at 9:00 a.m. in addition to a status conference hearing on that date also.

There does not appear to be any reason for a court appearance on the date scheduled for a status conference, February 28, 2023, with said motion still pending.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between February 28, 2023, to and including March 21, 2023, be excluded pursuant to 18 U.S.C. §§ 3161(h)(i)(D) and Local Code E, a pending pretrial motion with time excluded from the date of filing to the date of the hearing on said motion and 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T-4, to give counsel reasonable time to prepare. The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the preceding reasons, the parties stipulate to continue the status conference hearing to March 21, 2023, at 9:00 a.m. on which date and time the hearing on the Motion to Suppress Mr. Dempsey's statements to law enforcement shall also be heard.

**IT IS SO STIPULATED.**

DATED: February 23, 2023           Phillip Talbert
                                   United States Attorney

                           by      /s/ Heiko Coppola by Jan Karowsky
                                   with Mr. Coppola's permission

                                   Heiko Coppola
                                   Assistant U.S. Attorney
                                   by Jan David Karowsky

DATED: February 23, 2023           JAN DAVID KAROWSKY
                                   Attorney at Law
                                   A Professional Corporation

                           by      /s/ Jan Karowsky
                                   JAN DAVID KAROWSKY
                                   Attorney for Defendant
                                   Brian Dempsey, Sr.

**IT IS SO ORDERED.**

DATED: February 23, 2023           /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE