1 **JAN DAVID KAROWSKY**
Attorney at Law
2 A Professional Corporation
California State Bar Number 53854
3 716 19th Street, Suite 100
Sacramento, CA 95811-1767
4 KarowskyLaw@sbcglobal.net
(916) 447-1134
5 (916) 448-0265 (Fax)

6 Attorney for Defendant
Brian Dempsey, Sr.
7

8 UNITED STATES DISTRICT COURT

9 IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 United States of America,   ) Case No. 2:16-cr-00119-JAM
                              )
12          Plaintiff,         )
                              )
13     vs.                    ) **STIPULATION AND ORDER TO**
                              ) **CONTINUE THE STATUS**
14 Brian Dempsey,             ) **CONFERENCE HEARING**
                              )
15          Defendant         ) DATE:   April 4, 2023
                              ) TIME:   9:00 a.m.
16                            ) JUDGE:  Hon. John A. Mendez
                              )
17                            )
                              )
18                            )
                              )
19                            )
                              )
20                            )
                              )
21 _____  )

22

23   **IT IS HEREBY STIPULATED AND AGREED** by and between the Government,

24 through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr.,

25 through Jan Karowsky, his counsel, that the status hearing in this matter be **CONTINUED** from

April 4, 2023 to **April 25, 2023, at 09:00 a.m**.

- 1 -

The parties have met and conferred on how they wish to proceed relative to resolving the case by way of a probable court trial. The prosecution has offered to allow counsel for Mr. Dempsey to review certain Jencks and other materials now in an effort possibly to submit the matter to the court on documents rather than witnesses, at a court trial. Counsel for Mr. Dempsey needs time to review the materials offered by the prosecution and then consult with Mr. Dempsey as to how he wishes to proceed.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between April 4, 2023, to and including April 25, 2023, be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T-4, to give all counsel reasonable time to prepare. The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:       March 30, 2023                     Phillip Talbert
                                                United States Attorney

                                        by     /s/ Heiko Coppola by Jan Karowsky
                                               with Mr. Coppola's permission

                                                Heiko Coppola
                                                Assistant U.S. Attorney
                                                by Jan David Karowsky

DATED:       March 30, 2023                     JAN DAVID KAROWSKY
                                                Attorney at Law
                                                A Professional Corporation

                                        by     /s/ Jan Karowsky
                                               JAN DAVID KAROWSKY
                                               Attorney for Defendant
                                               Brian Dempsey, Sr.

**IT IS SO ORDERED.**

Dated: March 30, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE