**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brian Dempsey

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:16-Cr-119-JAM |
| Plaintiff, | |
| vs. | **COURT ORDER FOR THE RELEASE OF BRIAN ARTHUR DEMPSEY, SR.** |
| Brian Arthur Dempsey, Sr., | |
| Defendant | |

TO:     UNITED STATES MARSHAL:

After careful review and consideration of all relevant records and files in this case, all Pre-trial Service reports, including but not limited to the following documents located at ECF 16; 24; 66; 100; and 112, and after a Court hearing on May 22, 2023 (ECF 115) on the defendant's motion to revoke the detention order entered on May 2, 2023, at ECF 112, and **GOOD CAUSE APPEARING,** the Court hereby orders and directs the United States Marshal to release Brian Arthur Dempsey, Sr., from custody on May 25, 2023, from the Yuba County Jail, where he is incarcerated, to the custody of his attorney, Jan

David Karowsky, who has agreed to and shall transport Mr. Dempsey to the Pretrial Services office in Sacramento at on or about 9:00 a.m., to be fitted with the radio frequency transmitter device used in the location monitoring program.  The Marshals Service has indicated, by rule, it cannot transport a defendant who has already been released from custody.

The defendant has signed and filed with the Court the following documents: (1) the Notice to Defendant Being Released with Attachment A (Special Conditions of Release), and (2) an Appearance Bond. The defendant is ordered to fully comply with all of the conditions specified in these documents.

The defendant has filed with the Court unsecured appearance bonds totaling $200,000 executed by the following: (1) Bridget Bertera ($150,000) and (2) Brian Dempsey II ($50,000); (3) The bond from Keith Campbell, Mr. Dempsey's friend has not yet been received since Mr. Campbell is at work today.  He has informed Mr. Karowsky he will sign it and submit it today to Mr. Karowsky ($50,000).

The defendant has filed with the Court the Third Party Custody Agreement executed by Bridget Bertera.

**IT IS SO ORDERED.**

Dated:  May 25, 2023                          /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE