**FILED**
May 25, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ARTHUR DEMPSEY, SR,<br><br>Defendant. | Case No.  2:16-cr-00119-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRIAN ARTHUR DEMPSEY, SR , Case No.  2:16-cr-00119-JAM , Charge 18 U.S.C. § 1001, from custody for the following reasons:

| | | |
|---|---|---|
| X | Unsecured Appearance Bond $ | **$150,000.00, co-signed by Bridget Bertera, the Defendant's sister; $50,000.00, co-signed by Brian Dempsey II, the Defendant's son; and $50,000.00, co-signed by Keith Campbell, the Defendant's friend.** |
| X | (Other): | **The Defendant's release is DELAYED until May 25, 2023, at 09:00 AM. Defendant to be RELEASED to the custody of his attorney, Jan David Karowsky.** |

DATED: May 25, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE