**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Brian Dempsey, Sr.

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | ) Case No. 2:16-cr-00119-JAM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **MODIFY CONDITIONS OF RELEASE** |
| Gregory Hernandez, | ) |
| Defendant | ) |
| | ) **JUDGE:  Hon. John A. Mendez** |

**Facts**

On May 23, 2023, the Court ordered the pretrial release of Mr. Dempsey (Dkt. No. 115) and *inter alia*, ordered, as "Conditions of Release" (Dkt. No. 119), condition number 15, "Home Detention:"

**HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

As of June 8, 2023,  Mr. Dempsey has successfully abided by all conditions of release including home detention.

Mr. Dempsey has indicated that the home detention restrictions are inhibiting and prohibiting him from accomplishing a number of tasks he wishes to and needs to accomplish such as looking for a job, repairing a vehicle, contacting his Imam, and re-obtaining his driver's license.

With Pretrial Services Officer, Renee Basurto's, knowledge and agreement,  **IT IS HEREBY STIPULATED AND AGREED** by and between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Brian Dempsey, Sr., through Jan Karowsky, his counsel, that the home detention requirement condition is stricken from the "Conditions of Release" and the below curfew condition is added:

**CURFEW:** You must remain inside your residence every day, including weekends, from 3:00 p.m. to 9:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

The modified conditions of release from Pretrial Services are attached hereto as Exhibit "A" and incorporated herein by reference.

///

///

///

- 2 -

1    **IT IS SO STIPULATED.**

2    DATED:      June 8, 2023          Phillip Talbert
                                               United States Attorney

3

4                                by      /s/ Heiko Coppola by Jan Karowsky
                                               with Mr. Coppola's permission

5
                                               Heiko Coppola

6                                                Assistant U.S. Attorney
                                               by Jan David Karowsky

7    DATED:      June 8, 2023          JAN DAVID KAROWSKY

8                                                Attorney at Law
                                               A Professional Corporation

9

10                                by      /s/ Jan Karowsky
                                               JAN DAVID KAROWSKY

11                                                Attorney for Defendant
                                               Brian Dempsey, Sr.

12    **IT IS SO ORDERED.**

13    Dated: June 08, 2023            /s/ John A. Mendez

14                                      THE HONORABLE JOHN A. MENDEZ

15                                      SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25