PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-cr-00119 JAM |
|---|---|
| Plaintiff, | **STIPULATION SETTING BRIEFING SCHEDULE; FINDINGS AND ORDER** |
| v. | DATE: September 11, 2023 |
| BRIAN ARTHUR DEMPSEY, SR., | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

On July 22, 2023, Brian Arthur Dempsey, Sr. ("Dempsey") filed a motion to dismiss the indictment alleging outrageous government conduct and a motion to suppress two interviews that are the basis of the indictment. See ECF 129, and 130. Dempsey noticed both motions for hearing on September 11, 2023, the first day of the bench trial in this matter. Under Local Rule 430.1(d), the United States' opposition to these motions is due within seven days, which would be July 31, 2023. *See* Fed.R.Crim.P. 45(a)(1). Because the some of the matters raised in Dempsey's motion require coordination with and potentially information from different agencies within the Department of Justice, the United States will not be able to complete its opposition by July 31, 2023.

The parties have conferred and stipulate that the following briefing schedule is appropriate:

    1. The United States' opposition to Dempsey's motion is due not later than **August 28, 2023**;

2. Any reply brief is due not later than **September 4, 2023**; and

3. The motion hearing will commence prior on September 11, 2023.

IT IS SO STIPULATED.

Dated: July 27, 2023                           PHILLIP A. TALBERT
                                               United States Attorney

                                               /s/ HEIKO P. COPPOLA
                                               HEIKO P. COPPOLA
                                               Assistant United States Attorney

Dated: July 27, 2023                           /s/ JAN KAROWSKY
                                               JAN KAROWSKY
                                               Counsel for Defendant
                                               Brian Arthur Dempsey, Sr.

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 27, 2023                           /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               SENIOR UNITED STATES DISTRICT JUDGE