PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

TARYN MEEKS
Trial Attorney
U.S. Department of Justice
National Security Division

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-cr-00119-JAM |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION TO DISMISS AND ORDER** |
| v. | |
| BRIAN ARTHUR DEMPSEY, SR., | |
| Defendant. | |

Pursuant to Fed.R.Crim.P. 48(a), the United States hereby moves to dismiss the indictment in the above-entitled case. Should the Court grant the government's motion, the United States also requests that it vacate the special set hearing on September 5, 2023 and the trial date scheduled for September 11, 2023.

 Dated: September 1, 2023                              PHILLIP A. TALBERT
                                                       Acting United States Attorney

                                                       By: /s/ HEIKO P. COPPOLA
                                                           HEIKO P. COPPOLA
                                                           Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

TARYN MEEKS
Trial Attorney
U.S. Department of Justice
National Security Division

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN ARTHUR DEMPSEY, SR.,<br><br>　　　　　　　Defendant. | CASE NO. 2:16-cr-00119 JAM<br><br>**ORDER** |

The government's motion to dismiss the indictment in the above-entitled case is hereby **GRANTED**. The special set hearing on September 5, 2023 and the trial date scheduled for September 11, 2023 are hereby **VACATED**.

Dated: September 01, 2023        /s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE